UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MARIAN ALEXANDER BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY RUNGE, Correctional officer at Jamison Annex Prison, individual capacity,<br><br>Defendant. | 4:25-CV-04002-ECS<br><br><br>ORDER GRANTING MOTION FOR LEAVE TO DEPOSE MARIAN ALEXANDER BROOKS |

On January 3, 2025, Plaintiff Marian Alexander Brooks filed a Civil Rights Complaint by a Prisoner against multiple defendants in their individual and official capacities. Doc. 1. Following this Court's screening under 28 U.S.C. § 1915A, what survives of the (Amended) Complaint is an Eighth Amendment excessive force claim against Defendant Zachary Runge, in his individual capacity. See Brooks v. State of South Dakota Cts., No. 4:25-CV-04002-ECS, 2025 WL 2142312, at *5 (D.S.D. July 29, 2025). Runge seeks leave of court, in accordance with Federal Rule of Civil Procedure 30(a)(2)(B), to depose Brooks. Doc. 14.

When a "deponent is confined in prison," a party must obtain leave of court before deposing the prisoner. Fed. R. Civ. P. 30(a)(2)(B). A court must grant that leave to the extent the deposition is "consistent with Rule 26(b)(1) and (2)." Fed. R. Civ. P. 30(a)(2). In other words, this Court must grant Runge leave if the deposition seeks "nonprivileged matter that is relevant

to [Runge's defense] and proportional to the needs of the case," and not "unreasonably cumulative or duplicative, or [obtainable] from some other source that is more convenient, less burdensome, or less expensive." Fed. R. Civ. P. 26(b)(1), (2)(c)(i). The deposition of the Plaintiff in this matter is consistent with those principles. Good cause appearing, it is hereby

ORDERED that the Motion for Leave to Depose Marian Alexander Brooks, Doc. 14, is granted. It is further

ORDERED that Runge must arrange for the court reporter to provide Brooks a copy of his deposition transcript for his use during the pendency of this action. Runge is responsible for the cost of providing Brooks a copy of his deposition transcript.

DATED this 16th day of October, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE